UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHRISTA ADAMS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 3:16-CV-365 |
| v. | ) | |
| | ) | Judge J. Ronnie Greer |
| SANOFI S.A., AVENTIS PHARMA S.A., | ) | |
| and SANOFI-AVENTIS U.S. LLC | ) | Magistrate Judge H. Bruce Guyton |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF
## C. CREWS TOWNSEND

Please take notice that C. Crews Townsend hereby enters an appearance in this case as counsel for the Defendant Sanofi-Aventis U.S., LLC. The undersigned counsel hereby files this notice of appearance pursuant to Local Rule 83.4(b), and requests notice of all matters which may come before the Court concerning the above-captioned case.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: s/ C. Crews Townsend
C. Crews Townsend (TN BPR 12274)
Meredith C. Lee (TN BPR 033948)
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN  37402
Telephone (423)756-6600
Facsimile (423)785-8480
Crews.Townsend@millermartin.com
Meredith.Lee@millermartin.com

*Counsel for Defendant Sanofi-Aventis U.S., LLC*

14667698v1
26332-0003

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, a copy of the foregoing Notice of Appearance of C. Crews Townsend was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*Jennifer K. O'Connell, Esq.*
OGLE, ELROD, & BARIL, PLLC
706 Walnut Street, Suite 700
Knoxville, TN 37902
E-mail: joconnell@lawoeb.com

Attorney for Plaintiff Christa Adams via CM/ECF

**MILLER & MARTIN PLLC**

/s/ C. Crews Townsend
C. Crews Townsend (TN BPR 12274)

14667698v1
26332-0003